**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERRICK MEADORS,

Plaintiff

v.

LYON COUNTY, et al.,

Defendants

Case No.: 3:25-cv-00464-MMD-CSD

**Order**

Re: ECF No. 26

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address. The court has received notice of undelivered mail to Plaintiff's address at 515 S. Virginia Street, #522, Reno, NV 89502. (ECF No. 26.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: October 30, 2026

Craig S. Denney
United States Magistrate Judge